Empire Limestone Company, Appellant, v. The City of Buffalo, Respondent. — Judgment and order affirmed, with costs. All concurred, except Kruse, J., who dissented.

Firman Ouderkirk and Charles E. Snyder, Appellants, v. Bayless Pulp and Paper Company and Others, Respondents, Impleaded with Oscar W. Ordway.— Judgment affirmed, with costs. All concurred, except Williams, J., who dissented.

Kinloch Paint Company, Respondent, v. Sam Hadden, Appellant.— Judgment affirmed, with costs. New trial to be had in City Court of the city of Fulton on Tuesday, November 24, 1908, at ten o'clock in the forenoon. All concurred.

Michael Mescall, as Administrator, etc., of Thomas McMahon, Deceased, Appellant, v. Lackawanna Steel Company, Respondent.— Judgment affirmed, with costs. All concurred.

Elizabeth Briscoe, Respondent, v. Metropolitan Life Insurance Company, Appellant.— Judgment affirmed, with costs. All concurred, except McLennan, P. J., and Williams, J., who dissented.

Alonzo R. Winchell, Appellant, v. The New York Central and Hudson River Railroad Company, Respondent.— Judgment and order affirmed, with costs. All concurred, except Spring, J., who dissented.

Jacob W. Rosendale, Appellant, v. The Ocean Accident and Guaranty Corporation, Limited, Respondent.— Judgment affirmed, with costs. All concurred.

Elizabeth J. Martin, Respondent, v. Henry P. Neun, Appellant.— Judgment and order affirmed, with costs. All concurred, except Robson, J., who dissented.

Alfred A. Warrillow, Appellant, v. Frank S. Bidwell, as Administrator, etc., of Calvin P. Brown, Deceased, and Others, Respondents.— Order affirmed, with costs. All concurred.

Benjamin Arnold, Appellant, v. Etta M. Arnold, Respondent.— Judgment affirmed, with costs. All concurred, except Williams, J., who dissented.

Francis V. Greene, Respondent, v. The Mercantile Trust Company and Others, Appellants, Impleaded with John W. Young.—Interlocutory judgment affirmed, with costs, with leave to the defendants to plead over upon payment of the costs of the demurrer and of this appeal. All concurred